LAW OFFICES OF

# SNYDER & SNYDER, LLP

94 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591
(914) 333-0700
FAX (914) 333-0743

WRITER'S E-MAIL ADDRESS

e-mail to RGaudioso@Snyderlaw.net

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

LESLIE J. SNYDER
ROBERT D. GAUDIOSO

DAVID L. SNYDER
(1956-2012)

NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

REPLY TO:

Tarrytown Office

October 25, 2021

**Via E-Filing**

Honorable Judge Jessica S. Allen
United States Magistrate Judge
District of New Jersey – Newark Vicinage
Martin Luther King Building & U.S. Courthouse
Chambers
50 Walnut Street, Room MLK 2B
Newark, NJ 07101

    RE: *T-Mobile Northeast LLC v. Town of Harrison, et al.,*
       Docket No. 21-cv-13627 (ES) (JSA)

Dear Hon. Judge Allen:

  On behalf of both Plaintiff and Defendants, we pleased to report that the parties have reached agreement on the settlement of the above referenced matter, and in furtherance thereof have executed a proposed Consent Order. Both the proposed Consent Order and a Rule 73 Order will be filed on the docket. We respectfully request that you So Order the proposed Consent Order to bring resolution to this matter.

  Thank you again for your time in reviewing this matter.

           Respectfully submitted,
          SNYDER & SNYDER, LLP

          By:_____
            Robert D. Gaudioso

RDG/djk
cc: T-Mobile Northeast LLC
  Gregory J. Castano Jr., Attorney for Defendants *via e-filing*.